UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA        :

    -v-                             :

                                            20-MJ-___ (UA)

TATIANA VENEGAS,                :

                                        :

              Defendant.
-----------------------------------------------------------X

## MOTION TO APPEAR *PRO HAC VICE*

        Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Caroline Cinquanto hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Tatiana Venegas in the above-captioned action. I am in good standing of the bar of the states of New Jersey and Pennsylvania and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: September 8, 2020

                                      Respectfully Submitted,

                                      _____/s/_____

                                      Caroline Cinquanto
                                      The Law Firm of Caroline Goldner Cinquanto
                                      123 South Broad Street
                                      Suite 2500
                                      Philadelphia, PA 19109
                                      Tel: (215) 735-1600
                                      Fax: (215) 261-6056
                                      Email: carrie@cgclegal.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

UNITED STATES OF AMERICA          :

        -v-                               :
                                                      20-MJ-___ (UA)
TATIANA VENEGAS,                  :
                                                     AFFIDAVIT
                                                     :
              Defendant.
--------------------------------------------------------X

CAROLINE CINQUANTO, having first been duly sworn, deposes and says:

1.     I am an attorney not admitted to practice in the State of New York or the Southern District of New York.

2.     I am a member in good standing of the Pennsylvania Bar and Federal District Court for the Eastern District of Pennsylvania. I am also a member in good standing of the New Jersey Bar and the Federal District Court for the District of New Jersey.

3.     I have never been convicted of a felony.

4.     I have never been censured, suspended, disbarred or denied admission or readmission by any Court.

5. There are no disciplinary proceedings presently against me.

6. Attached is a Certificate of Good Standing from Pennsylvania.

7. Attached is a Certificate of Good Standing from New Jersey.


Dated: September 8, 2020

                                      Respectfully Submitted,

                                      Caroline Cinquanto



### Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

**Caroline Goldner Cinquanto, Esq.**

DATE OF ADMISSION

*December 17, 1992*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: August 10, 2020

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **Caroline G Cinquanto** (No. **303772019**) was constituted and appointed an Attorney at Law of New Jersey on **July 24, 2019** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **31st** day of **August**, **2020**.

*Heather J Baker*
Clerk of the Supreme Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA          :

        -v-          :

                    20-MJ-___ (UA)

TATIANA VENEGAS,          :

                    ORDER FOR ADMISSION
                :  PRO HAC VICE

        Defendant.
-------------------------------------------------------X

        The motion of Caroline Cinquanto for admission to practice Pro Hac Vice in the above captioned case is granted.

        Applicant has declared she is a member in good standing of the bar of the state of Pennsylvania, and that her contact information is as follows:

                Caroline Cinquanto
                The Law Firm of Caroline Goldner Cinquanto
                123 South Broad Street
                Suite 2500
                Philadelphia, PA 19109
                Tel: (215) 735-1600
                Fax: (215) 261-6056
                Email: carrie@cgclegal.com

        Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Tatiana Venegas in the above entitled caption;

        IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the local rules of the Court, including rules governing the discipline of attorneys.

Dated:

_____
United States District Judge / Magistrate Judge