```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X
                                   :
UNITED STATES OF AMERICA           :
                                   :
        - v. -                     :    Order of Continuance
                                   :    20 MJ 7216
TATIANA VENEGAS                    :
                                   :
              Defendant.           :
                                   :
- - - - - - - - - - - - - - - - - X
```

Upon the application of the United States of America and the affirmation of Thomas John Wright, Assistant United States Attorney for the Southern District of New York, it is found that Tatiana Venegas, the defendant, was charged with a violation Title 21, United States Code, Section 846 in a complaint dated July 12, 2020;

It is further found that the defendant was presented before The Honorable Robert W. Lehrburger, United States Magistrate Judge for the Southern District of New York, on July 13, 2020, and was ordered detained with a preliminary hearing set for August 12, 2020;

It is further found that The Honorable Ona T. Wang, United States Magistrate Judge for the Southern District of New York, on August 12, 2020 ordered a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) until September 11, 2020;

It is further found that The Honorable Katharine H. Parker, United States Magistrate Judge for the Southern District of New

York, on September 11, 2020 ordered a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) until October 12, 2020, which by operation of law in light of the court-observed holiday of Columbus Day continues until October 13, 2020;

It is further found that The Honorable Sarah L. Cave, United States Magistrate Judge for the Southern District of New York, on October 13, 2020 ordered a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) until November 12, 2020;

It is further found that The Honorable Debra Freeman, United States Magistrate Judge for the Southern District of New York, on November 12, 2020 ordered a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) until December 14, 2020;

It is further found that The Honorable Robert W. Lehrburger, United States Magistrate Judge for the Southern District of New York, on December 14, 2020 ordered a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) until January 13, 2021;

It is further found that The Honorable Ona T. Wang, United States Magistrate Judge for the Southern District of New York, on January 13, 2021 ordered a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) until February 12, 2021;

It is further found that The Honorable Gabriel W. Gorenstein, United States Magistrate Judge for the Southern District of New

York, on February 12, 2021 ordered a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) until March 15, 2021;

It is further found that The Honorable Sarah L. Cave, United States Magistrate Judge for the Southern District of New York, on March 15, 2021 ordered a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) until April 14, 2021;

It is further found that The Honorable Ona T. Wang, United States Magistrate Judge for the Southern District of New York, on April 14, 2021 ordered a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) until May 14, 2021;

It is further found that The Honorable Sarah Netburn, United States Magistrate Judge for the Southern District of New York, on May 14, 2021 ordered a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) until June 14, 2021;

It is further found that The Honorable Ona T. Wang, United States Magistrate Judge for the Southern District of New York, on June 14, 2021 ordered a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) until July 14, 2021;

It is further found that The Honorable Gabriel W. Gorenstein, United States Magistrate Judge for the Southern District of New York, on July 14, 2021 ordered a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) until August 13, 2021;

It is further found that The Honorable Barbara Moses, United States Magistrate Judge for the Southern District of New York, on August 13, 2021 ordered a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) until September 13, 2021;

It is further found that The Honorable Ona T. Wang, United States Magistrate Judge for the Southern District of New York, on September 13, 2021 ordered a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) until October 13, 2021;

It is further found that The Honorable Sarah Netburn, United States Magistrate Judge for the Southern District of New York, on October 13, 2021 ordered a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) until November 12, 2021;

It is further found that The Honorable Kevin Nathaniel Fox, United States Magistrate Judge for the Southern District of New York, on November 12, 2021 ordered a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) until December 13, 2021;

It is further found that The Honorable Gabriel W. Gorenstein, United States Magistrate Judge for the Southern District of New York, on December 13, 2021 ordered a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) until January 12, 2022;

It is further found that Caroline Cinquanto, Esq., who represents the defendant, and Assistant United States Attorney

Thomas John Wright have been engaged in, and are continuing, discussions about a possible pre-trial disposition of this case;

It is further found that the Government has requested a continuance of 30 days to engage in further discussions with defense counsel about the pre-trial disposition of this case and that the defendant, through his counsel, has consented that such a continuance may be granted for that purpose and has specifically waived his right to be charged in an indictment or information for an additional 30 days; and

It is further found that the granting of such a continuance best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial; and therefore it is

ORDERED that the request for a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) is hereby granted until February 11, 2022, and that a copy of this Order and the affirmation of Assistant United States Attorney Thomas John Wright be served on this date on counsel for the defendant by the United States Attorney's Office.

Dated:    New York, New Yor
          January 12, 2022

                                    _____
                                    THE HONORABLE ROBERT W. LEHRBURGER
                                    UNITED STATES MAGISTRATE JUDGE