UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                            :

UNITED STATES OF AMERICA,
                                                            :      **NOTICE OF APPEARANCE**

              -against-

                                                              :      20 MJ 07216 (UA-1)

TATIANA VENEGAS,
                                                            :

                               Defendant.
                                                           :
------------------------------------------------------------------------X

        **PLEASE TAKE NOTICE THAT** Jeffrey Lichtman, Esq., Jeffrey Einhorn, Esq., and David Gelfand, Esq., Law Offices of Jeffrey Lichtman, 11 East 44th Street, Suite 501, New York, New York 10017 appear on behalf of defendant TATIANA VENEGAS in the above-captioned case.

Dated:  New York, New York
           May 25, 2022

_____                          _____
**JEFFREY LICHTMAN, ESQ. (6328)**        **JEFFREY EINHORN, ESQ. (6559)**
LAW OFFICES OF JEFFREY LICHTMAN    LAW OFFICES OF JEFFREY LICHTMAN
11 East 44th Street, Suite 501                 11 East 44th Street, Suite 501
New York, New York 10017                      New York, New York 10017
Ph:  (212) 581-1001                               Ph:  (212) 581-1001
Fax: (212) 581-4999                              Fax: (212) 581-4999
jhl@jeffreylichtman.com                         einhorn@jeffreylichtman.com

_____
**DAVID GELFAND, ESQ.**
LAW OFFICES OF JEFFREY LICHTMAN
11 East 44th Street, Suite 501
New York, New York 10017
Ph:  (212) 581-1001
Fax: (212) 581-4999
dg@jeffreylichtman.com